UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

WILLIAM E. BARONI, JR.,

                Plaintiff,

-against-                                 21 **CIVIL** 5961 (LTS)(JW)

**JUDGMENT**

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 22, 2022, Defendant's motion to dismiss is GRANTED pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

       September 22, 2022

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                           **BY**

                                                    **Deputy Clerk**